EOD 9-17-03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

03 SEP 16 PM 1:52

TEXAS-EASTERN

BY Daya McEwen

| | | |
|---|---|---|
| CITY OF PLANO, TEXAS | § | |
| | § | |
| V. | § | CASE NO. 4:03CV69 |
| | § | (Judge Schell/Judge Bush) |
| COMCAST CABLE OF PLANO, INC. | § | |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is hereby remanded to the 366th Judicial District Court of Collin County, Texas.

DATED this 15th day of September, 2003.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

39